IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-325-FL

| | |
|---|---|
| MARY GIBBS, | ) |
|        Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN,<br>  Acting Commissioner of<br>  Social Security | ) |
|        Defendant. | ) |

This matter is before the Court on plaintiff's Motion for Judgment on the Pleadings and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he did not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

SO ORDERED this  24th  day of  January , 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE