UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARY GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-325-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 24, 2014, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on January 24, 2014, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Rachel C. Lane (via CM/ECF Notice of Electronic Filing)
Dennis R. Foley (via CM/ECF Notice of Electronic Filing)

January 24, 2014            JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk